PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JOHN ALLEN GANN, | Case No.: 1:17-CV-00325-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (Doc. 16) |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file her Opposition to Plaintiff's Opening Brief. This is Defendant's first request for extension. The additional time is requested due to Defendant's counsel's exceptionally heavy workload at this time, including two employment law matters in active litigation before the Equal Employment Opportunity Commission, as well as several other district court and 9th Circuit briefing deadlines imminent. This extension will enable Defendant to adequately research the issues Plaintiff has presented. The current due date is January 2, 2018. The new due date will be February 1, 2018.

Stip. & Order to Extend 1:17-CV-00325-SKO      1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 29, 2017
/s/ *Marc V. Kalagian
(*as authorized by email on Dec. 29, 2017)
MARC V. KALAGIAN
Law Offices of Rohlfing & Kalagian, LLP
Attorney for Plaintiff

Dated: December 29, 2017
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX,
Social Security Administration

By: /s/ Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' above "Stipulation for a First Extension of 30 Days for Defendant to file her Opposition to Plaintiff's Opening Brief" (Doc. 16), IT IS HEREBY ORDERED that Defendant has until February 1, 2018, to submit her response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 6) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **January 3, 2018**
/s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE